UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL ANTUAN JENKINS,

        Petitioner,

Civil Action No. 10-cv-10339

v.

HON. BERNARD A. FRIEDMAN

DEBRA L. SCUTT,

        Respondent.
_____/

## **JUDGMENT**

The court has issued an opinion and order denying the petition for a writ of habeas corpus. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent and against petitioner.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                         By:  s/Michael Williams
                              Deputy Clerk

Dated: July 5, 2012

Approved:                           s/Bernard A. Friedman
                                   BERNARD A. FRIEDMAN
                                   SENIOR U.S. DISTRICT JUDGE